# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH PURDY, on behalf of herself and all similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC.,<br><br>    Defendant. | Case No. 2:11-cv-00211-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that plaintiff Sarah Purdy's Motion to Consolidate (#17) is DENIED.

DATED this 26 day of September, 2013.

_____
Lloyd D. George
United States District Judge