# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SARAH PURDY,

    Plaintiff,

v.

RICHLAND HOLDINGS, INC. D/B/A ACCTCORP OF SOUTHERN NEVADA, *et al*.,

    Defendants.

Case No. 2:11-cv-00211-LDG (CWH)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Defendants' Motion to Dismiss for Want of Prosecution (#23) is DENIED.

DATED this 30 day of March, 2015.

Lloyd D. George
United States District Judge