MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
THE BOURASSA LAW GROUP, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
       trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SARAH PURDY, on behalf of herself and all similarly situated persons,<br><br>Plaintiff(s),<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., a Nevada corporation, doing business as ACCTCORP OF SOUTHERN NEVADA, DOE individuals 1 through 20 inclusive and ROE Corporations 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-00211-LDG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS THE FIRST ALLEGATION IN PLAINTIFF'S FIRST CLAIM FOR RELIEF** |

COMES NOW, Plaintiff, Sarah Purdy, ("Plaintiff") and Defendant, Richland Holdings, Inc. doing business as Acctcorp of Southern Nevada ("Defendant"), by and through their respective counsel of record and hereby stipulate and agree to dismiss one of two actionable issues with respect to Plaintiff's First Claim for Relief.

Plaintiff's Complaint contains two actionable issues with respect to the First Claim for Relief. Plaintiff alleged that Defendant called her at her place of employment in violation of 15

U.S.C. § 1692c(a)(3). Plaintiff further alleged that Defendant failed to make proper disclosures in violation of 15 U.S.C. § 1692e(11).

The parties stipulate to dismissal of that portion of the First Claim for Relief relating only to Defendant's alleged violation of 15 U.S.C. § 1692c(a)(3) for to calling her at her place of employment.

All other claims for relief remain to be decided at trial.

Stipulated and approved this 26th day of August 2015:

THE BOURASSA LAW GROUP, LLC

*/s/ Mark J. Bourassa*

MARK J. BOURASSA, ESQ., No. 7999
TRENT L. RICHARDS, ESQ., No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
*Attorneys for Plaintiff*

BOWEN LAW OFFICES

*/s/ Jerome R. Bowen*

JEROME R. BOWEN, ESQ. No. 04540
SARAH M. BANDA, ESQ. No. 11909
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
*Attorneys for Defendant*

BY THE COURT:

IT IS SO ORDERED.
DATED this 4 day of September, 2015.

_____
Lloyd D. George
Sr. U.S. District Judge