JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
(702) 240-5191; Fax (702)240-5797
twilcox@lvlawfirm.com
Attorney for Defendants Richland Holdings, Inc
d/b/a Acctcorp of Southern Nevada

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SARAH PURDY, on behalf of herself and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>RICHLAND HOLDINGS, INC., a Nevada corporation, d/b/a/ ACCTCORP OF SOUTHERN NEVADA, a Nevada corporation, and DOE Individuals, 1-20 inclusive, and ROE CORPORATIONS 1-20 inclusive<br><br>Defendants. | Case No. 2:11-cv-00211-LDG-CWH |

## STIPULATION FOR EXTENSION OF TIME
### (First Request)

///

///

///

///

///

## STIPULATION FOR EXTENSION OF TIME

### (First Request)

IT IS STIPULATED AND AGREED by and between the parties that Defendant shall have up to and including September 4, 2015 to file its Response to Plaintiff, Sarah Purdy's Motion for Class Certification filed on August 11, 2015 (ECF 42). This is the Defendant's first request.

Dated this 28th day of August, 2015.                    Dated this 28th day of August, 2015.

_____                         _____
JEROME R. BOWEN, ESQ.                                   MARK J. BOURASSA, ESQ.
Nevada Bar No. 4540                                     Nevada Bar No. 7999
SARAH M. BANDA, ESQ.                                    TRENT L. RICHARDS, ESQ.
Nevada bar No. 11909                                    Nevada Bar No. 11448
**BOWEN LAW OFFICES**                                   THE BOURASSA LAW GROUP, LLC
9960 W. Cheyenne Avenue, Suite 250                      8668 W. Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89129                                 Las Vegas, Nevada 89117
Attorney for Defendant Richland Holdings                Attorney for Plaintiff, Sarah Purdy

IT IS SO ORDERED.
DATED: 4 September 2015

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Page 2 of 2

BOWEN LAW OFFICES
Conquistador Plaza
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
702-240-5191   FAX: 702-240-5797