MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite #101
Las Vegas, NV 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
trichards@bourassalawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARAH PURDY, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC., a Nevada corporation, doing business as ACCTCORP OF SOUTHERN NEVADA, DOE individuals 1 through 20 inclusive and ROE Corporations 1 through 20, inclusive,<br><br>Defendant. | Case No.: 2:11-cv-00211-LDG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SARAH PURDY, by and through her attorneys MARK J. BOURASSA, ESQ. AND TRENT L. RICHARDS, ESQ. of The Bourassa Law Group, LLC, and Defendant RICHLAND HOLDINGS, INC. doing business as ACCTCORP OF SOUTHERN NEVADA, by and through its attorneys JEROME R. BOWEN, ESQ. AND SARAH M. BANDA, ESQ., that this matter be dismissed, with

///

prejudice, the parties to each bear their own attorney's fees and costs.

**Plaintiff:**

DATED this 28th day of June 2016.

THE BOURASSA LAW GROUP, LLC

By: _____
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
*Attorney for Plaintiff*

**Defendant:**

DATED this 19th day of June 2016.

BOWEN LAW OFFICES

By: _____
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
SARAH M. BANDA, ESQ.
Nevada Bar No. 11909
9960 W Cheyenne Ave, Ste. 250
Las Vegas, Nevada 89129
Telephone: (702) 240-5191
Facsimile: (702) 240-5797
*Attorney for Defendant*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: 4 Aug 2016
CASE NO.: 2:15-cv-00211-LDG-CWH

Submitted by:

THE BOURASSA LAW GROUP, LLC

_____
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas NV 89117
*Attorneys for Plaintiff*